# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-05022-01-CR-SW-MDH |
| | ) |
| **JAMES HAJNY,** | ) |
| | ) |
| **Defendant.** | ) |

# E X H I B I T   I N D E X

I CERTIFY that I have this date ___7/19/16___ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          _Ami Miller_____
Signature                                      Printed Name

| | | |
|---|---|---|
| ✓ | = offered & admitted w/o objection | |
| Ex | = offered, but objected to and excluded | |
| DB | = admitted, de bene | |

| | |
|---|---|
| Ltd | = admitted for limited purposes |
| X | = offered & admitted over objection |
| NO | = marked, but not offered |
| WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 7/18/16 | 2:28 p.m | Image of A.H. sent from Google, Inc. e-mail account jdh1023@gmail.com received by TFO Charles Root in CyberTips 2:27 p.m. |
| 2 | ✓ | " | 2:32 p.m | Business Records of CableOne for IP address 67.60.106.65 received by TFO Charles Root on February 3, 2014. |
| 3 | ✓ | " | 2:38 p.m | Homeland Security Investigations Analyst Lauren Morris' investigation data disk created by TFO Charles Root |
| 4 | ✓ | " | 2:43 p.m. | Screenshot of jamieboi0629 iMGSRC.RU account profile page |
| 5 | ✓ | " | " | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album cover page |
| 6 | ✓ | " | " | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album with eight thumbnail and one large image of 20140503_011019.jpg |
| 7 | ✓ | " | " | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 20140503_011019.jpg |
| 8 | ✓ | " | " | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 20140503_011031.jpg |
| 9 | ✓ | " | " | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 20140503_011045.jpg |
| 10 | ✓ | " | " | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 20140503_011330.jpg |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 11 | ✓ | 7/18/16 | 2:43p | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 20140503_011333.jpg |
| 12 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 20140503_011338.jpg |
| 13 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 20140503_013128.jpg |
| 14 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account Sleep time. album showing large image of 307626_2128076166790_6237844_n.j |
| 15 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album cover page |
| 16 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album with twelve thumbnails and one large image of 20130816_223727.jpg |
| 17 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album with five thumbnails and one large image of 20140503_005856.jpg.jpg |
| 18 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of PB060131.JPG |
| 19 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of PB060127.JPG |
| 20 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of PB060129.JPG |
| 21 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of PB060130.JPG |
| 22 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of PB060133.JPG |
| 23 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20140503_005802.jpg |
| 24 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20140503_005809.jpg |
| 25 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20140503_005814.jpg |
| 26 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20130816_223735.jpg |
| 27 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20130816_223643.jpg |
| 28 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20130816_223709.jpg |
| 29 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20130816_223727.jpg |
| 30 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 20140503_005856.jpg |
| 31 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing a large image of 15070_10200134596792979_10861123 and 296406_2128104327494_216049_n.jp |
| 32 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 524421_3287371108439_525893350_n |
| 33 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album showing large image of 553005_4968338211566_1863490190_ |
| 34 | ✓ | '' | '' | Screenshot of jamieboi0629 iMGRSRC.RU account my niece 9 yrs old album with twelve thumbnails and one large image of PB060131.JPG with attached comments (two pages) |
| 35 | ✓ | '' | 2:58 | Compact disk containing defendant's audio recorded interview with TFO Charles Root on May 19, 2014 |

Case number: **14-05022-01-CR-SW-MDH**   **Continuation**
**EXHIBIT INDEX**                                    Page # 3

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 36 | ✓ | 7/18/16 | 2:59 pm | Transcript of defendant's audio recorded interview with TFO Charles Root on May 19, 2014 (60 pages) |
| 37 | | | | Person summary report for A.H. shown to the defendant during his interview with TFO Charles Root on May 19, 2014 |
| 38 | | | | Cropped photo of A.H. shown to the defendant during his interview with TFO Charles Root on May 19, 2014 |
| 39 | | | | Photo of I.G. shown to the defendant during his interview with TFO Charles Root on May 19, 2014 |
| 40 | | | | Business Records for CabeOne for IP addresses 67.60.106.65 and 174.126.57.23 received on May 14, 2014 by HSI Analyst Lauren Morris |
| 41 | | | | Photo of the entrance into A.H.'s bedroom inside 2426 south Trenton Street, Joplin, Missouri, taken on May 19, 2014 |
| 42 | | | | Photo of A.H.'s bedroom, facing the window and bed, inside 2426 South Trenton Street, Joplin, Missouri, taken on May 14, 2014 |
| 43 | | | | Photo of A.H.'s bedroom, facing the hallway and bedroom closet, inside 2426 South Trenton Street, Joplin, Missouri, taken on May 14, 2014 |
| 44 | | | | Photo of the front of 2426 South Trenton Street, Joplin, Missouri, taken on May 19, 2014 |
| 45 | | | | Child Forensic Interview of A.H. conducted on July 8, 2014, by FBI Child and Adolescent Forensic Interviewer Rachel Happel |
| 46 | | | | Transcript of the Child Forensic Interview of A.H. conducted on July 8, 2014, by FBI Child and Adolescent Forensic Interviewer Rachel Happel |
| 47 | | | | Photograph of J.H., close-up, located on the Toshiba Satellite laptop computer |
| 48 | | | | Photograph of J.H., bottom left corner, located on the Toshiba Satellite |
| 49 | | | | Photograph of J.H., bottom right corner, located on the Toshiba Satellite |
| 50 | | | | Photograph of J.H., with blue cloth, located on the Toshiba Satellite |
| 51 | | | | Child Forensic Interview of J.H. conducted on April 17, 2015, by FBI Child and Adolescent Forensic Interviewer Rachel Happel |
| 52 | | | | Transcript of Child Forensic Interview of J.H. conducted on April 17, 2015, by FBI Child and Adolescent Forensic Interviewer Rachel Happel |
| 53 | | | | Curriculum Vitae of Rachel Happel |
| 54 | | | | Curriculum Vitae of Jeanine Stuart |
| 55 | | | | Child Forensic Interview of I.G. conducted on May 22, 2014, by Joplin Children's Center Child and Adolescent Forensic Interviewer Jeanine Stuart |
| 56 | | | | Child Forensic Interview of I.G. conducted on May 22, 2014, by Joplin Children's Center Child and Adolescent Forensic Interviewer Jeanine Stuart |
| 57 | | | | Toshiba Satellite A505-S6005 laptop computer , serial number Z9207714Q, containing a Hitachi 500 GB hard drive, serial number Q7C0ARKA, seized on May 19, 2014, from 2426 South Trenton Street, Joplin, Missouri |
| 58 | | | | Samsung SPH-L710, MEID 25669148700479 8214, seized on May 19, 2014, from 2426 South Trenton Street, Joplin, Missouri |
| 59 | | | | Photo of the back of the Samsung SPH-L710, seized at 2426 South Trenton Street, Joplin, Missouri, taken on May 19, 2014 |
| 60 | | | | Photo of the defendant and Gina Hajny's bedroom at 2426 South Trenton Street, Joplin, Missouri, taken on May 19, 2014 |
| 61 | | | | Photo of a desk located in the defendant and Gina Hajny's bedroom, with the Samsung SPH-L710 by a keyboard, at 2426 South Trenton Street, Joplin, Missouri, taken on May 19, 2014 |
| 62 | | | | Business Records for origin of manufacture for Toshiba Satellite A505-S6005 laptop computer , serial number Z9207714Q |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 63 | | | | Business Records for origin of manufacture for Hitachi 500 GB hard drive, serial number Q7C0ARKA |
| 64 | | | | Business Records for origin of manufacture for Samsung SPH-L710, MEID 256691487004798214 |
| 65 | | | | Compact disk containing the full FTK (forensic examination) report for the Toshiba Satellite A505-S6005 laptop computer , serial number Z9207714Q, containing a Hitachi 500 GB hard drive, serial number Q7C0ARKA, seized on May 19, 2014, from 2426 South Trenton Street, Joplin, Missouri, by TFO Larry Roller |
| 66 | | | | Compact disk containing the full Cellbrite physical report for the Samsung SPH-L710, MEID 256691487004798214, seized on May 19, 2014, from 2426 South Trenton Street, Joplin, Missouri, by TFO Larry Roller |
| 67 | | | | Compact disk containing the forensic preview for the Toshiba Satellite A505-S6005 laptop computer , serial number Z9207714Q, containing a Hitachi 500 GB hard drive, serial number Q7C0ARKA, seized on May 19, 2014, from 2426 South Trenton Street, Joplin, Missouri, by TFO Larry Roller |
| 68 | | | | Compact disk containing select images located on the Samsung SPH-L710 for publication |
| 69 | | | | Compact disk containing select images located on the Toshiba Satellite A505-S6005 laptop computer for publication |
| 69A | | | | Video clip 32499 located on the Toshiba Satellite A505-S6005 |
| 69B | | | | Video clip 193435 located on the Toshiba Satellite A505-S6005 |
| 70 | | | | Image of I.G.'s buttocks located on the Toshiba Satellite A505-S6005 laptop computer |
| 71 | | | | Image of I.G.'s buttocks, close-up of the defendant's hand pulling I.G.'s right buttock to expose her anus, located on the Toshiba Satellite A505-S6005 laptop computer |
| 72 | | | | Image of I.G.'s buttocks, the defendant's hand pulling I.G.'s right buttocks to expose her anus and a clear substance on her left buttock, located on the Toshiba Satellite A505-S6005 laptop computer |
| 73 | | | | Image of I.G.'s buttocks, the defendant is pulling I.G.'s buttocks apart with his thumb and index finger, located on the Toshiba Satellite A505-S6005 laptop computer |
| 74 | | | | Image of the top of I.G.'s buttocks located on the Toshiba Satellite A505-S6005 laptop computer |
| 75 | | | | Image of I.G.'s breast, located on the Toshiba Satellite A505-S6005 laptop computer |
| 76 | | | | Image of A.H. and I.G. on the floor of a laundry room, I.G.'s leg are in a V-shape above head and A.H.'s legs are crossed, located on the Toshiba Satellite A505-S6005 laptop computer |
| 77 | | | | Image of A.H. and I.G. on the floor of a laundry room, I.G.'s leg are in the air and A.H.'s legs are open showing her left labia, located on the Toshiba Satellite A505-S6005 laptop computer |
| 78 | | | | Image of A.H. and I.G. on the floor of a laundry room, I.G.'s leg are in the air and A.H.'s face and right shoulder are visible, located on the Toshiba Satellite A505-S6005 laptop computer |
| 79 | | | | Image of I.G. on the floor of a laundry room, I.G.'s leg are in the air, resting on a laundry machine, located on the Toshiba Satellite A505-S6005 laptop computer |
| 80 | | | | Blank |
| 81 | | | | Image of an adult woman penetrating a child with a strap-on dildo, located on the Toshiba Satellite A505-S6005 laptop computer |
| 82 | | | | Image of a male child with another male penetrating his anus with a penis, located on the Toshiba Satellite A505-S6005 laptop computer |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 83 | | | | Image of a female child, nude, bound, and gaged located on the Toshiba Satellite A505-S6005 laptop computer |
| 84 | | | | Image of a female child with a male penis pressed against her vagina located on the Toshiba Satellite A505-S6005 laptop computer |
| 85 | | | | Image of a male child being anally penetrated by a penis located on the Toshiba Satellite A505-S6005 laptop computer |
| 86 | | | | Image of A.H.'s vaginal area, close-up, with blue underwear, with an adult hand pressing between her vagina located on the Toshiba Satellite A505-S6005 laptop computer |
| 87 | | | | Image of A.H.'s vaginal area, with blue underwear, with an adult hand pressing between her vagina located on the Toshiba Satellite A505-S6005 laptop computer |
| 88 | | | | Image of A.H.'s vaginal area, with pink underwear, showing her anus and vagina, located on the Toshiba Satellite A505-S6005 laptop computer |
| 89 | | | | Image of A.H.'s vaginal area, with pink underwear, located on the Toshiba Satellite A505-S6005 laptop computer |
| 90 | | | | Image of A.H. nude in the bath tub between male legs located on the Toshiba Satellite A505-S6005 laptop computer |
| 91 | | | | Image of the top of I.G.'s buttocks located on the Samsung SPH-L710 |
| 92 | | | | Image of I.G.'s buttocks, with blue underwear and pajamas pulled down, located on the Samsung SPH-L710 |
| 93 | | | | Image of I.G.'s buttocks, the defendant's hand is pulling away I.G.'s underwear, located on the Samsung SPH-L710 |
| 94 | | | | Image of I.G.'s buttocks, the defendant is pulling I.G.'s buttocks apart with his thumb and index finger, located on the Samsung SPH-L710 |
| 95 | | | | Image of I.G.'s buttocks, two of the defendant's fingertips are visible, located on the Samsung SPH-L710 |
| 96 | | | | Image of I.G.'s buttocks, the defendant is pulling I.G.'s left buttock to expose I.G.'s anus, located on the Samsung SPH-L710 |
| 97 | | | | Image of I.G.'s buttocks, with a white and pink elastic band of a I.G.'s pajamas visible, located on the Samsung SPH-L710 |
| 98 | | | | Image 20130816_223704.jpg located on the Samsung SPH-L710 |
| 99 | | | | Image 20130816_223722.jpg located on the Samsung SPH-L710 |
| 100 | | | | Image 20130816_223227.jpg located on the Samsung SPH-L710 |
| 101 | | | | Image 20130816_223717.jpg located on the Samsung SPH-L710 |
| 102 | | | | Image 20130816_223713.jpg located on the Samsung SPH-L710 |
| 103 | | | | Image 20130816_223709.jpg located on the Samsung SPH-L710 |
| 104 | | | | Image 20130816_223659.jpg located on the Samsung SPH-L710 |
| 105 | | | | Image 20130816_223654.jpg located on the Samsung SPH-L710 |
| 106 | | | | Image 20130816_223650.jpg located on the Samsung SPH-L710 |
| 107 | | | | Image 20130816_223647.jpg located on the Samsung SPH-L710 |
| 108 | | | | Image 20130816_223643.jpg located on the Samsung SPH-L710 |
| 109 | | | | Image 20130816_223636.jpg located on the Samsung SPH-L710 |
| 110 | | | | Image 20130816_223633.jpg located on the Samsung SPH-L710 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 111 | | | | Image 20130816_223629.jpg located on the Samsung SPH-L710 |
| 112 | | | | Image 20130816_223731.jpg located on the Samsung SPH-L710 |
| 113 | | | | Image 20130816_223735.jpg located on the Samsung SPH-L710 |
| 114 | | | | Image of a female toddler with a male penis pressing against her vagina located on the Samsung SPH-L710 |
| 115 | | | | Image of a female child with a male penis ejaculating onto her bare buttocks and back located on the Samsung SPH-L710 |
| 116 | | | | Image of a female child bending down, displaying her bare vagina, located on the Samsung SPH-L710 |
| 117 | | | | Image of a female baby's vagina located on the Samsung SPH-L710 |
| 118 | | | | Image of a preschool aged child, sitting, with her underwear pulled down, and displaying her vagina located on the Samsung SPH-L710 |
| 119 | | | | KIK messages located on the Samsung SPH-L710 |
| 120 | | | | Image of I.G.'s buttocks sent through KIK from the defendant to another user |
| 121 | | | | |
| 122 | | | | |
| 123 | | | | |
| 124 | | | | |
| 125 | | | | |
| 126 | | | | |
| 127 | | | | |
| 128 | | | | |
| 129 | | | | |
| 130 | | | | |
| 131 | | | | |
| 132 | | | | |
| 133 | | | | |
| 134 | | | | |
| 135 | | | | |
| 136 | | | | |
| 137 | | | | |
| 138 | | | | |
| 139 | | | | |
| 140 | | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 141 | | | | |
| 142 | | | | |
| 143 | | | | |
| 144 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |